# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

OSCAR D. GARCIA,

    Plaintiff,

v.                                                       Civ. No. 17-1032 GJF/CG

TRANSPORT LOGISTICS CORP., et al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DATE, the Court received the parties' "Joint Stipulation of Dismissal, With Prejudice" ("Joint Stipulation"). ECF No. 67. In the Joint Stipulation, the parties "jointly stipulate to the [f]ull and [f]inal [d]ismissal of this action on the merits, [w]ith [p]rejudice to the re-filing of same or any part thereof." ECF No. 67 at 1. Having reviewed the record and the Joint Stipulation, the Court hereby **GRANTS** the Joint Stipulation.

**IT IS THEREFORE ORDERED** that the above-captioned cause is hereby dismissed *with prejudice*.

**IT IS SO ORDERED.**

                                                  THE HONORABLE GREGORY J. FOURATT
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  *Presiding by Consent*