# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

OSCAR D. GARCIA,

    Plaintiff,

v.                                                                     Civ. No. 17-1032 GJF/CG

TRANSPORT LOGISTICS CORP., et al.,

    Defendants.

## **FINAL JUDGMENT**

In accordance with Federal Rule of Civil Procedure 58(a) and consistent with the "Order of Dismissal with Prejudice" [ECF No. 69] entered by the Court on April 24, 2018, this Final Judgment adjudicates all existing claims and liabilities of the parties.

The above-captioned cause is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*